IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AL-PINE, | No. C 20-0125 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| SCOTT HARRIS, CLERK OF THE UNITED STATES SUPREME COURT, | |
| Respondent. | |

Petitioner, a prisoner in Texas proceeding pro se, filed this pro se petition for a writ of mandamus pursuant to 28 U.S.C. § 1361 seeking to compel federal the Clerk of the United States Supreme Court to accept his filings without payment of fees. The claims in the petition duplicate those asserted in petitioner's prior petition for a writ of mandamus against the same respondent. *See Al-Pine v. Clerk of the United States Supreme Court*, No. C 19-8146 WHA (PR) (N.D. Cal. Dec. 27, 2019). The prior petition was denied because the claim for mandamus relief was meritless. As the instant petition is duplicative of a prior (and meritless) petition, it is **DENIED**.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January 23, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE